# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2023-1003
Lower Tribunal No. CF15-005280-XX

—————————————————

CRYSTAL GAIL CALDWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

September 20, 2024

PER CURIAM.

AFFIRMED. *See Morales v. State*, 308 So. 3d 1093, 1097–98 (Fla. 1st DCA 2020).[1]

WOZNIAK and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Robert David Malove, of The Law Office of Robert David Malove, P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.